~~Jason M. Drangel (JD 7204)~~
~~jdrangel@ipcounselors.com~~
~~Ashly E. Sands (AS 7715)~~
~~asands@ipcounselors.com~~
~~Danielle S. Futterman (DY 4228)~~
~~dfutterman@ipcounselors.com~~
~~Gabriela N. Nastasi~~
~~gnastasi@ipcounselors.com~~
~~Grace A. Rawlins~~
~~grawlins@ipcounselors.com~~
~~EPSTEIN DRANGEL LLP~~
~~60 East 42nd Street, Suite 1250~~
~~New York, NY 10165~~
~~Telephone:    (212) 292-5390~~
~~Facsimile:    (212) 292-5391~~
~~*Attorneys for Plaintiff*~~
~~*RVRG Holdings LLC*~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>*Plaintiff*<br><br>v.<br><br>DUCHAT NIA, GTUIRESHANGMA, JINANKUNYANGCHENGDIANZISHANGWUYOUXIANGONGSI, SCHNUPFELD, SUININGXIANLONGRONGZHENZHIDIAN, XIANGYANGSHICHENLUXING, YUNNANMAGAOWANGLUOKEJIYOUXIANGONGSI, ZHENSERIND, and 四川咏虹驰甜电子商务有限公司 a/k/a SICHUAN YONGHONG CHITIAN ECOMMERCE CO., LTD.,<br><br>*Defendants* | 24-cv-6052 (JHR)<br><br>~~[PROPOSED]~~<br>**UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __3rd__ day of __September__, 2024, at __3:45 p__.m.
New York, New York

_____
HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE