

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

September 24, 2025

> Application GRANTED. Plaintiff's deadline to file its motion for default judgment is extended *nunc pro tunc* to **October 10, 2025**. Plaintiff shall file proof of service of the default judgment motion by **October 13, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 57.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: October 4, 2025

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

                **Re:**    *RVRG Holdings LLC v. Duchat NIA, et al.*,
                         Case No. 24-cv-6052
                         <u>Request for Extension of Time to File Default Judgment Motion</u>

Dear Judge Rearden,

       We represent Plaintiff RVRG Holdings LLC ("Plaintiff"), in the above-referenced matter (the "Action").[1] On August 31, 2025, the Court entered an Order directing Plaintiff to file a motion for default judgment against Defendants Duchat Nia, Schnupfeld, Xiangyangshichenluxing and suiningxianlongrongzhenzhidian ("Default Judgment Motion") by September 26, 2025 ("August 31, 2025 Order"). (Dkt. 55). For the reasons set forth herein, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to file its Default Judgment Motion by two (2) weeks. In accordance with Your Honor's Individual Rules and Practices, Plaintiff respectfully submits the following:

1. <u>**The Original Date**</u>: Plaintiff's current deadline to file its Motion for Default Judgment is September 26, 2025.
2. <u>**The number of previous requests for adjournment**</u>: None, this is Plaintiff's first request for an extension of time to file its Default Judgment Motion.
3. <u>**Whether those previous requests were granted or denied**</u>: N/A
4. <u>**The reason for the requested request**</u>: Plaintiff respectfully requests a two (2) week extension to file its Default Judgment due to Plaintiff's counsel's current high-volume caseload, as well as the ongoing holidays, creating difficulties with availability and workload. Extending the deadline for Plaintiff to file its Default Judgment Motion to October 10, 2025 will alleviate such challenges.
5. <u>**Whether the adversary consents**</u>: Given that Defendants are in default, Plaintiff did not seek Defendants' consent.
6. <u>**The date of the parties' next scheduled appearance before the Court, as well as any other existing deadlines, and whether the requested adjournment or extension would affect those**</u>

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Jennifer H. Rearden
September 24, 2025
Page 2

**other deadlines or any other scheduled dates**: There are presently no scheduled appearances before the Court in this Action. The only other existing deadline in this Action is for Plaintiff to file an affidavit of service for its Default Judgment Motion by September 29, 2025.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintif*