UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RVRG HOLDINGS LLC,

                Plaintiff,

      -v.-

DUCHAT NIA et al.,

                Defendants.

24 Civ. 06052 (JHR)

ORDER TO SHOW CAUSE

JENNIFER H. REARDEN, District Judge:

Plaintiff RVRG Holdings LLC filed the Complaint in this trademark infringement action on August 9, 2024.  ECF No. 12.  Although Plaintiff attempted service on Defendants Duchat Nia, Schnupfeld and Xiangyangshichenluxing and suiningxianlongrongzhenzhidian (collectively, the "Defaulting Defendants") pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague"), these attempts proved unsuccessful.  *See* ECF Nos. 42, 48, 51, and 54 (letters regarding status of Hague service).  On August 31, 2025, the Court authorized alternative service, using the methods authorized in the Preliminary Injunction Order, ECF No. 19, for the purposes of seeking a default judgment against the Defaulting Defendants.  *See* ECF No. 55.  Plaintiff served the Defaulting Defendants on September 2, 2025.  *See* ECF No. 56.  The Defaulting Defendants' answers were therefore due on September 23, 2025.  *Id*.; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint.").  The Defaulting Defendants have not responded to the Complaint or otherwise appeared.

Upon Plaintiff's application, ECF Nos. 59-60, on October 9, 2025, the Clerk of Court issued a certificate of default as to the Defaulting Defendants, ECF No. 61.  Also on October 9, 2025, Plaintiff moved for a default judgment, ECF No. 62, and filed an affidavit, memorandum of law, and proposed judgment, ECF Nos. 63-65.

2

If the Defaulting Defendants wish to oppose the motion, then their counsel shall, (1) by **December 5, 2025**, enter a notice of appearance, and (2) by **December 9, 2025**, file an opposition explaining why a default judgment is not warranted.

Plaintiff has already filed proof of service of its papers in support of the motion for a default judgment.  ECF No. 66.  By no later than **December 1, 2025**, Plaintiff shall serve the Defaulting Defendants with this Order, pursuant to the alternative methods of service authorized by the Preliminary Injunction Order, ECF Nos. 19, and file proof of service on the docket.

SO ORDERED.

Dated:  November 26, 2025
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2